Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
*mstanger@cnmlaw.com*

John P. Aldrich, Esq.
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@*johnaldrichlawfirm.com*

Attorneys for Plaintiffs Bryan and Karen Becker

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN W. BECKER, an individual; KAREN A. BECKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>REYWEST RESIDENTIAL DEVELOPMENT, LLC, a Nevada limited liability company d/b/a REYWEST RESIDENTIAL DEV, LLC; REYWEST LAND DEVELOPMENT, LLC, a Nevada limited liability company; LUIS E. REYES, an individual; KIMBERLY K. REYES, an individual<br><br>Defendants. | Case No. 2:11-cv-02084-JCM-PAL<br><br>**STIPULATED MOTION TO DISMISS** |

All of the parties to this action, through their respective, undersigned, counsel of record, hereby stipulate and agree, in accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), and pursuant to a written settlement agreement between the parties, that all of the parties' claims and counterclaims in this action are dismissed, with prejudice, with each party being responsible for their own respective costs and attorneys' fees.

A proposed Order of Dismissal With Prejudice is submitted herewith as Exhibit A for the Court's consideration.

579145.1

| | | |
|---|---|---|
| 1 | Dated this 25th day of May, 2012 | CALLISTER NEBEKER & McCULLOUGH |
| 2 | | |
| 3 | | */s/ Michael D. Stanger* <br> MICHAEL D. STANGER <br> Attorneys for Plaintiffs |
| 4 | | |
| 5 | | |
| 6 | Dated this 25th day of May, 2012 | MARQUIS, AURBACH  COFFING |
| 7 | | */s/ Cody S. Mounteer* <br> CODY S. MOUNTEER <br> *Attorneys for Defendants* |
| 8 | | |

- 2 -

579145.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **STIPULATED MOTION TO DISMISS** was served via the Court's electronic filing system, on the 25th day of May 2012, on the following:

Zachariah Larson, Esq.
Cody S. Mounteer, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

                                            */s/ Michael D. Stanger*

579145.1

# Exhibit A

Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah  84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
*mstanger@cnmlaw.com*

John P. Aldrich, Esq.
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@*johnaldrichlawfirm.com*

Attorneys for Plaintiffs Bryan and Karen Becker

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN W. BECKER, an individual; KAREN A. BECKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>REYWEST RESIDENTIAL DEVELOPMENT, LLC, a Nevada limited liability company d/b/a REYWEST RESIDENTIAL DEV, LLC; REYWEST LAND DEVELOPMENT, LLC, a Nevada limited liability company; LUIS E. REYES, an individual; KIMBERLY K. REYES, an individual<br><br>Defendants. | Case No. 2:11-cv-02084-JCM-PAL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulated Motion to Dismiss filed by the parties, and good cause appearing therein,

///

///

///

579147.1

IT IS HEREBY ORDERED that all of the parties' claims and counterclaims in this action are dismissed, with prejudice, with each party being responsible for their own respective costs and attorneys' fees.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 31, 2012

APPROVED AS TO FORM:

Dated this 25th day of May, 2012                    CALLISTER NEBEKER & McCULLOUGH


                                                    */s/ Michael D. Stanger*
                                                    MICHAEL D. STANGER
                                                    Attorneys for Plaintiffs


Dated this 25th day of May, 2012                    MARQUIS, AURBACH COFFING


                                                    */s/ Cody S. Mounteer*
                                                    CODY S. MOUNTEER
                                                    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of [proposed] **ORDER OF DISMISSAL WITH PREJUDICE** was served via the Court's electronic filing system, on the 25th day of May 2012, on the following:

Zachariah Larson, Esq.
Cody S. Mounteer, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

                                                       */s/ Michael D. Stanger*