Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
*mstanger@cnmlaw.com*

John P. Aldrich, Esq.
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@*johnaldrichlawfirm.com*

Attorneys for Plaintiffs Bryan and Karen Becker

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN W. BECKER, an individual; KAREN A. BECKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>REYWEST RESIDENTIAL DEVELOPMENT, LLC, a Nevada limited liability company d/b/a REYWEST RESIDENTIAL DEV, LLC; REYWEST LAND DEVELOPMENT, LLC, a Nevada limited liability company; LUIS E. REYES, an individual; KIMBERLY K. REYES, an individual<br><br>Defendants. | Case No. 2:11-cv-02084-JCM-PAL<br><br>**STIPULATED MOTION TO DISMISS** |

All of the parties to this action, through their respective, undersigned, counsel of record, hereby stipulate and agree, in accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), and pursuant to a written settlement agreement between the parties, that all of the parties' claims and counterclaims in this action are dismissed, with prejudice, with each party being responsible for their own respective costs and attorneys' fees.

A proposed Order of Dismissal With Prejudice is submitted herewith as Exhibit A for the Court's consideration.

579145.1

Dated this 25th day of May, 2012        CALLISTER NEBEKER & McCULLOUGH

*/s/ Michael D. Stanger*
MICHAEL D. STANGER
Attorneys for Plaintiffs

Dated this 25th day of May, 2012        MARQUIS, AURBACH COFFING

*/s/ Cody S. Mounteer*
CODY S. MOUNTEER
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **STIPULATED MOTION TO DISMISS** was served via the Court's electronic filing system, on the 25th day of May 2012, on the following:

Zachariah Larson, Esq.
Cody S. Mounteer, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

                                              */s/ Michael D. Stanger*

# Exhibit A

Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
*mstanger@cnmlaw.com*

John P. Aldrich, Esq.
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@*johnaldrichlawfirm.com*

Attorneys for Plaintiffs Bryan and Karen Becker

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN W. BECKER, an individual; KAREN A. BECKER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> REYWEST RESIDENTIAL DEVELOPMENT, LLC, a Nevada limited liability company d/b/a REYWEST RESIDENTIAL DEV, LLC; REYWEST LAND DEVELOPMENT, LLC, a Nevada limited liability company; LUIS E. REYES, an individual; KIMBERLY K. REYES, an individual <br><br> Defendants. | Case No. 2:11-cv-02084-JCM-PAL <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulated Motion to Dismiss filed by the parties, and good cause appearing therein,

///

///

///

579147.1

1  IT IS HEREBY ORDERED that all of the parties' claims and counterclaims in this action are
2  dismissed, with prejudice, with each party being responsible for their own respective costs and
3  attorneys' fees.

IT IS SO ORDERED:

*/s/ James C. Mahan*

UNITED STATES DISTRICT JUDGE
DATED: May 31, 2012

579147.1

APPROVED AS TO FORM:

Dated this 25th day of May, 2012    CALLISTER NEBEKER & McCULLOUGH

                 */s/ Michael D. Stanger*
                 MICHAEL D. STANGER
                 Attorneys for Plaintiffs

Dated this 25th day of May, 2012    MARQUIS, AURBACH COFFING

                 */s/ Cody S. Mounteer*
                 CODY S. MOUNTEER
                 *Attorneys for Defendants*

579147.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of [proposed] **ORDER OF DISMISSAL WITH PREJUDICE** was served via the Court's electronic filing system, on the 25th day of May 2012, on the following:

Zachariah Larson, Esq.
Cody S. Mounteer, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

                                          */s/ Michael D. Stanger*